IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Lehigh County Constables       :
                                       :     No. 774 C.D. 2017
Appeal of: Dennis C. Huber            :
and Frederick Bainhauer, III          :

## **O R D E R**

NOW, December 4, 2017, having considered appellant's application for reargument, the application is denied.

 

_____

MARY HANNAH LEAVITT
President Judge